No. 04–8416. FISHER v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, *ante*, p. 931;

No. 04–8450. STEVENSON v. LEWIS, WARDEN, *ante*, p. 932;

No. 04–8638. IN SOO CHUN v. BUSH, FORMER PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 943; and

No. 04–8786. BROWN v. UNITED STATES, *ante*, p. 936. Petitions for rehearing denied.

MAY 18, 2005

No. 04–8831. MCNEILL v. CURRIE ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1. 

No. 04A977 (04–10180). BROWN v. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Temporary stay heretofore entered is vacated. JUSTICE SOUTER would grant the application for stay of execution.

JUSTICE STEVENS, with whom JUSTICE GINSBURG and JUSTICE BREYER join, dissenting.

Because the State has not disputed the merits of petitioner's challenge to the chemical protocol used by Missouri to carry out lethal injections, I would grant the stay for the reasons stated in Judge Bye's dissenting opinion. 408 F. 3d 1027 (CA8 2005). Assuming the Prison Litigation Reform Act of 1995 applies, see 94 Stat. 352, as amended, 42 U. S. C. § 1997e(a), the State conceded at oral argument before the District Court that there is no available remedy that the petitioner has failed to invoke.

No. 04–9596 (04A935). BROWN v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 04–10165 (04A972). BROWN v. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Mo. Ap-

plication for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

MAY 19, 2005

No. 04–10199 (04A982). CARTWRIGHT v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 23, 2005

No. 04–9585. MENDOZA-SALINAS v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 637;

No. 04–9633. RODRIGUEZ-GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 681;

No. 04–9648. SERVANCE v. UNITED STATES. C. A. 4th Cir. Reported below: 394 F. 3d 222;

No. 04–9655. HALE v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 656;

No. 04–9666. HARTMAN v. UNITED STATES. C. A. 3d Cir. Reported below: 117 Fed. Appx. 829;

No. 04–9675. LIRA-LOPEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 114 Fed. Appx. 643;

No. 04–9698. BAUTISTA v. UNITED STATES. C. A. 3d Cir. Reported below: 101 Fed. Appx. 888; and

No. 04–9781. GARCIA-SAUZA v. UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–9185. COOMBS v. PENNSYLVANIA. Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–9201. REED v. YUMA COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pau-*